IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01893-WDM-MEH

WILLIAM J. BOARMAN, as Trustee and Chairman of the Board of Trustees of the CWA/ITU Negotiated Pension Plan,

    Plaintiff,

v.

HARE BROTHERS PRINTING INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2010.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed October 19, 2010; docket #7] is **granted**. The Scheduling Conference set for November 1, 2010, is hereby **vacated**. Plaintiff shall file a Motion for Default Judgment on or before **October 22, 2010**.