IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   10-cv-001893-WDM-MEH

WILLIAM J. BOARMAN, as Trustee and Chairman of the Board of Trustees of the
CWA/ITU Negotiated Pension Plan,

     Plaintiff,

v.

HARE BROS. PRINTING INC.,

     Defendant.

---

**ORDER**

---

Miller, J.

     This case is before me on Plaintiff's Motion for Default Judgment (ECF No. 10).

Plaintiff is directed to set a hearing on the motion and to file an affidavit setting forth that

the defendant is not an infant, incompetent, officer or agent of the United States, State of

Colorado, or in the military service.  Plaintiff shall also file a suggested form of judgment.

Plaintiff is further reminded that any request for damages or attorney fees must be filed in

accordance with the local rules of this Court and my Pretrial and Trial Procedures.

     DATED at Denver, Colorado, on October 25, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL