IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date:  December 7, 2010 |
| Court Reporter: Kara Spitler | |

**Civil Action No.  10-cv-01893-WDM-MEH**

| Parties: | Counsel: |
|---|---|
| WILLIAM J. BOARMAN, *as Trustee and Chairman of the board of Trustees of the CWA/ITU Negotiated Pension Plan other* CWA/ITU NEGOTIATED PENSION PLAN, | Richard Rosenblatt |
| Plaintiff, | |
| vs. | |
| HARE BROTHERS PRINTING INC., | No appearance |
| Defendant. | |

**COURTROOM MINUTES**

Hearing Regarding:  Motion for Default Judgment

**1:30 p.m.     Court in session**.

Opening statements by the Court.

Appearances of counsel.

Statements by Mr. Rosenblatt for the plaintiff.

Discussion as to a declaration being filed.

**It was ORDERED:**

1. That the plaintiff's Motion for Default Judgment [#10] filed October 21, 2010, is **taken under advisement.**

2. That this matter is continued to **January 4, 2011, at 11:00 a.m.** The plaintiff shall file a declaration **on or before December 29, 2010.**

**1:45 p.m.    Court in recess.**

Total in-court time: 00:15 minutes

Hearing concluded.