IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Kara Spitler | Date: January 4, 2011 |

**Civil Action No. 10-cv-01893-WDM-MEH**

| Parties: | Counsel: |
|---|---|
| WILLIAM J. BOARMAN, as Trustee and Chairman of the Board of Trustees of the CWA/ITU Negotiated Pension Plan, | Richard Rosenblatt |
| Plaintiff, | |
| v. | |
| HARE BROS. PRINTING INC. | |
| Defendant. | |

## COURTROOM MINUTES

Hearing Regarding Motions for Default Judgment

**11:03 a.m.   Court in session**.

Defendant failed to appear.

Mr. Rosenblatt advised the Court that William J. Boarman has resigned as Trustee and will, therefore, be filing a Motion to Substitute.

**ORDERED:** Plaintiff's Motion for Default Judgment **(10)** is **granted**.

**ORDERED:** Plaintiff's Supplement to Motion for Default Judgment **(17)** is **granted**.

**ORDERED:** Counsel shall submit a revised proposed Order to include the statutory references and a brief description of the calculation methodology of the withdrawal liability on or before **January 7, 2011**.

**11:10 a.m.   Court in recess/hearing concluded**.

Total in-court time: 00:07